UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRYAN COLT TODD #83207/239871     CIVIL ACTION NO. 19-cv-0736

VERSUS     JUDGE ELIZABETH E. FOOTE

CEDRIC FORD, ET AL.     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendants' Motion for Summary Judgment (Doc. 29) is **GRANTED** and that all claims against all defendants are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 6th day of November, 2020.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE